PHILLIP A. TALBERT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BADR QASEM, | ) |
| | ) Case No.: 1:17-cv-1143 AWI EPG |
| Plaintiff, | ) |
| | ) **Joint Stipulation and Order** |
| v. | ) **Re: Extension of Time** |
| | ) |
| REX TILLERSON, et. al, | ) |
| | ) |
| Defendants. | ) |
| | ) |

This is an immigration case in which Plaintiffs allege a delay in the adjudication of their asylee relative petitions. The State Department has recently requested additional documents from the beneficiaries. Accordingly, the parties stipulate to a 7-day extension of time both for the filing of the government's answer to the complaint and the filing of the Joint Scheduling Report.

Dated: November 13, 2017    Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

/s/ Audrey B. Hemesath
AUDREY B. HEMESATH
Assistant U.S. Attorney

///

1

/s/ Julie Ann Goldberg  
JULIE ANN GOLDBERG  
Attorney for Plaintiffs

## ORDER

The time for filing an answer or other dispositive pleading is extended to November 20, 2017. The scheduling conference is rescheduled to January 8, 2018, at 10:30 am. The parties are directed to file their joint report one full week prior to the conference.

IT IS SO ORDERED.

Dated: **November 14, 2017**

/s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE