# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BADR QASEM, | ) |
| | ) Case No.: 1:17-cv-1143-AWI-EPG |
| Plaintiff, | ) |
| | ) **Joint Stipulation and Order re: Second** |
| v. | ) **Extension of Time** |
| | ) |
| REX TILLERSON, et. al, | ) |
| | ) |
| Defendants. | ) |
| | ) |

This is an immigration case in which Plaintiffs allege a delay in the adjudication of their asylee relative petitions. The parties have previously stipulated to one one-week extension of time. The parties now consent to an additional three-week extension of time, as it is anticipated that the case may resolve at the administrative level in that timeframe.

Dated: November 20, 2017    Respectfully submitted,

              PHILLIP A. TALBERT
              United States Attorney

              /s/ Audrey B. Hemesath
              AUDREY B. HEMESATH
              Assistant U.S. Attorney

              /s/ Julie Ann Goldberg
              JULIE ANN GOLDBERG
              Attorney for Plaintiffs

## **ORDER**

Good cause shown, the time for filing an answer or other dispositive pleading is extended to December 11, 2017.

IT IS SO ORDERED.

Dated: __**November 20, 2017**__ /s/ *Eric P. Grosj[...]*
UNITED STATES MAGISTRATE JUDGE