# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QASEM, *et al.*,<br><br>    Plaintiff,<br><br>v.<br><br>TILLERSON, *et al.*,<br><br>    Defendant. | Case No. 1:17-cv-01143-AWI-EPG<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE CASE**<br><br>(ECF No. 21) |

On December 10, 2017, Plaintiffs filed a notice of voluntary dismissal. (ECF No. 21.) Thus, the case has ended and is dismissed without prejudice. See Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997); *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995) ("Even if the defendant has filed a motion to dismiss, the plaintiff may terminate his action voluntarily by filing a notice of dismissal under Rule 41(a)(1)."). Accordingly, the Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated: **December 11, 2017**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

1